GUS G. BUSE, Appellant, v. NATIONAL BEN FRANKLIN FIRE INSURANCE COMPANY, OF PITTSBURGH, PENNSYLVANIA, Respondent. GUS G. BUSE, Appellant, v. NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WISCONSIN, Respondent. GUS G. BUSE, Appellant, v. MILLERS' NATIONAL INSURANCE COMPANY OF CHICAGO, ILLINOIS, Respondent.— In each case judgment affirmed, with costs. All concurred.

In the Matter of the Claims of CHARLES A. JEROME and Another, Respondents, against THE BANK OF CAPE VINCENT, a Delinquent Corporation, Appellant.— Order reversed and application denied, without costs. We are of the opinion that the Special Term had no power to make the order. This result is supported by the reasoning in the opinion of Merrell, J., in *Matter of Lunghino & Sons* (176 App. Div. 285.) All concurred.

JULIUS SCHOELLER, Respondent, v. AMILIE SCHOELLER, Appellant.— Order affirmed, without costs. All concurred.

GLOBE MALLEABLE IRON AND STEEL COMPANY and Others, Respondents, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

MARY SCHIENKE, Respondent, v. LOUIS SCHRAMM, as Executor, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

JAMES G. DUNHAM, Respondent, v. WILLIAM F. WENDT, Appellant.— Judgment and order affirmed, with costs. All concurred.

JOHN W. KINNEY, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

LULU BLANSETT and Another, as Administratrices, etc., Respondents, v. CHARLES A. HINKLEY, Appellant.— Judgment and order affirmed, with costs. All concurred.

CHLOE A. POPPLE by CHARLES L. POPPLE, Her Guardian ad Litem, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

DAVID RUSLANDER, Appellant, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Judgment affirmed, with costs. All concurred.

In the Matter of the Judicial Accounting of the Executors of the Estate of STEPHEN HALLOCK, Deceased. SARAH E. HALLOCK and Another, as Executors, etc., Appellants; KATE TUCKER HOLMES and Others, Respondents.—Decree affirmed, with costs against the appellants personally. All concurred.